# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-24-FDW

| | |
|---|---|
| ROBERT LAMAR MCFADDEN, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| RODNEY BURTON, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiff's various Motions to Compel Discovery. (Doc. Nos. 52, 53, 54, 55, 56, 57, 58, 59, 60, 61). For the reasons stated in Defendants' responses to the motions, the motions to compel are denied. That is, in all of the motions, Plaintiff points to discovery requests that he alleges were served, but to which Defendants did not reply. Defendants have shown in their responses, however, that they did respond to all of the discovery requests, objecting to some of them, and that they gave legitimate reasons for their objections. Plaintiff has not presented any legal grounds to support his motions to compel.

**IT IS, THEREFORE, ORDERED** that Plaintiff's various Motions to Compel Discovery, (Doc. Nos. 52, 53, 54, 55, 56, 57, 58, 59, 60, 61), are **DENIED**.

Signed: December 19, 2017

Frank D. Whitney
Chief United States District Judge