# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:17-cv-24-FDW

| | | |
|---|---|---|
| **ROBERT LAMAR MCFADDEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RODNEY BURTON, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendants' Motion to Strike, (Doc. No. 75), in which Defendants seek an Order from the Court striking Plaintiff's documents filed as Docket Numbers 73 and 74. Defendants' motion is granted for the reasons stated in the motion—that is, the documents at issue are not allowed under Rule 7(a) of the Federal Rules of Civil Procedure and for other reasons stated in Defendants' memorandum in support of their motion.

**IT IS THEREFORE ORDERED** that:

(1)     Defendants' Motion to Strike, (Doc. No. 75), is **GRANTED**, and Plaintiff's Documents 73 and 74 are hereby stricken.

(2)     The Court further advises Plaintiff that it will not consider additional documents filed by Plaintiff in this action (for example, Doc. Nos. 84, 85) that also do not comply with the types of pleadings allowed under Rule 7(a).

Signed: July 27, 2018

Frank D. Whitney
Chief United States District Judge